**Order entered July 17, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00018-CR

**THOMAS EDWARD GRACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80198-2009**

## ORDER

The Court **REINSTATES** the appeal.

On June 27, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On July 3, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the June 27, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
        JUSTICE